JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WHITE, an individual residing in the State of California,<br><br>   Plaintiff,<br><br>   v.<br><br>EDELMANN, USA, INC., a Delaware Corporation; HUBERGROUP USA, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 5:21-cv-00275-JWH-SHKx<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION** |

On February 17, 2021, Plaintiff Christopher White filed his Complaint, thereby commencing this action.[1] The Complaint asserts diversity as the basis for subject matter jurisdiction.[2] It is apparent from the facts set forth in the Complaint, however, that there is not complete diversity between the parties because the Complaint alleges that White is a resident of California and that Defendant Edelmann USA, Inc. has its principal place of business in California.[3] *See* 28 U.S.C. § 1332(a).

The Court *sua sponte* reviews its own subject matter jurisdiction. *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) (courts "have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party"). In addition, on April 2, 2021, the Parties filed a joint stipulation to "remand" the action to Orange County Superior Court.[4] The Court cannot "remand" the action, however, because this case was not removed from state court; rather, White filed the Complaint in this Court in the first instance.

Accordingly, in the absence of jurisdiction, this action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: April 7, 2021

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Compl. [ECF No. 1].
[2] *Id.* at ¶ 3.
[3] *See id.*
[4] Joint Stipulation to Remand Case to State Court [ECF No. 22].